■ In the Matter of Tara Singh, Appellant, v Allstate Insurance Company, Respondent. [27 NYS3d 621]—In a proceeding pursuant to CPLR 7511 to vacate four master arbitration awards, all dated July 28, 2014, which affirmed four arbitration awards, all dated April 14, 2014, denying the petitioner's no-fault claims for lost wages incurred as a result of an automobile accident, the petitioner appeals from an order of the Supreme Court, Nassau County (Woodard, J.), entered December 15, 2014, which denied her petition to vacate the four master arbitration awards and confirmed the four master arbitration awards.

Ordered that the order is affirmed, with costs.

" 'Consistent with the public policy in favor of arbitration, the grounds specified in CPLR 7511 for vacating or modifying a no-fault arbitration award are few in number and narrowly applied' " (*Matter of Allstate Ins. Co. v Westchester Med. Group, M.D.*, 125 AD3d 649, 650 [2015], quoting *Matter of Mercury Cas. Co. v Healthmakers Med. Group, P.C.*, 67 AD3d 1017, 1017 [2009]). Here, the petitioner failed to demonstrate any ground for vacating the subject master arbitration awards. In addition, the determinations of the master arbitrator confirming the original arbitration awards had evidentiary support and a rational basis (*see Matter of Smith [Firemen's Ins. Co.]*, 55 NY2d 224, 231-232 [1982]; *Matter of Petrofsky [Allstate Ins. Co.]*, 54 NY2d 207, 211 [1981]). Accordingly, the Supreme Court properly denied the petition and confirmed the master arbitration awards. Rivera, J.P., Austin, Sgroi and Barros, JJ., concur.